IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY ROGERS                                                                                    PLAINTIFF

      v.            Civil No. 2:17-CV-02115-PKH-MEF

DEPUTY JUSTIN STAGGS and HEAD                                          DEFENDANTS
NURSE CINDY (Sebastian County
Detention Center


# **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of August, 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE